■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KYUNG EUN SUNG, Appellant. [990 NYS2d 831]—Appeal by the de-

fendant from a judgment of the Supreme Court, Kings County (Reichbach, J.), rendered February 8, 2012, convicting her of offering a false instrument for filing in the second degree (two counts), after a nonjury trial, and imposing sentence.

Ordered that the judgment is affirmed.

Viewing the evidence in the light most favorable to the prosecution (*see People v Contes*, 60 NY2d 620, 621 [1983]), we find that it was legally sufficient to establish the defendant's guilt beyond a reasonable doubt. Moreover, in fulfilling our responsibility to conduct an independent review of the weight of the evidence (*see* CPL 470.15 [5]; *People v Danielson*, 9 NY3d 342 [2007]), we nevertheless accord great deference to the factfinder's opportunity to view the witnesses, hear the testimony, and observe demeanor (*see People v Mateo*, 2 NY3d 383, 410 [2004]; *People v Bleakley*, 69 NY2d 490, 495 [1987]). Upon reviewing the record here, we are satisfied that the verdict of guilt was not against the weight of the evidence (*see People v Romero*, 7 NY3d 633 [2006]). Rivera, J.P., Sgroi, Hinds-Radix and Maltese, JJ., concur.